IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| RION MOLLOY,<br>on behalf of himself and all other similarly situated persons,<br><br>    Plaintiffs,<br><br>v.<br><br>HOAMBRECKER ENTERPRISES, LLC,<br>d/b/a THE STATION, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 5:19-CV-06030-DGK<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X   **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Final Approval of Class Action Settlement (Doc. 43) and Plaintiff's Motion for Attorney's Fees (Doc. 44) are GRANTED.


September 8, 2020                                     Paige Wymore-Wynn
Dated                                                           Clerk of Court


November 2, 2020                                   /s/ Tracy Strodtman
Entered                                                       (by) Deputy Clerk